7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

***In Re:*** Silvia S Perez
***Debtor***

**Bankruptcy Case No.**
14–44164–abf7

**United States Trustee**
    Plaintiff(s)

v.

**Adversary Case No.**
15–04060–abf

**Silvia S Perez**
    Defendant(s)

# JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That Final Judgment is hereby entered as to Count I of the Plaintiff's Complaint in favor of the Plaintiff, Daniel J. Casamatta, Acting United States Trustee, and against the Defendant, Silivia S. Perez, revoking the Debtor/Defendant's Discharge pursuant to Section 727(a)(4) of the Bankruptcy Code.



PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 9/16/15

Court to serve